PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
Dec 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR: | ORDER DELAYING NOTICE |
| A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | CASE NO. 2:21-SW-0755 DB |
| A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | CASE NO. 2:21-SW-0826 KJN |
| | **UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the above-captioned applications and orders, signed on September 27 and October 26, 2021, respectively, which authorized agents of the FBI to install and monitor a tracking device in or on a 2010 SILVER BMW, with license plate 8STW027 AND VIN # WBANU5C59AC129978, ("TARGET VEHICLE"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

to the targets.

    Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

    Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

    IT IS SO ORDERED.

Dated:    December 1, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE